UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

COREAN BARNES,

    Plaintiff,

    v.

CHRISTINA RUSSELL, et al.,

    Defendants.

Case No. C11-5275BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

    This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 8) and Plaintiff Corean Barnes' ("Barnes") objections to the R&R (Dkt. 9).

    On May 2, 2011, Judge Creatura issued the R&R recommending that the Court deny Barnes' motion for leave to proceed in forma pauperis on his civil rights complaint under 42 U.S.C. § 1983. Dkt. 8. Judge Creatura found that Barnes was challenging the evidence used at trial, which is an improper ground for an action under 42 U.S.C. § 1983. *Id*. at 1-2.

    On May 12, 2011, Barnes filed objections. Dkt. 17. Barnes asserts that he not only requests that his criminal conviction be overturned but he also requests civil damages under 18 U.S.C. § 2520 and Washington's Privacy Act, RCW 9.73.010 - 9.73.260. Dkt. 9 at 1-2. Barnes, however, fails to allege that his communications were recorded by a person acting under color of state law, which is an element of 42 U.S.C. § 1983. Furthermore, Barnes fails to allege that a violation of Washington's Privacy Act is a violation of the rights, privileges, or immunities secured by the Constitution, which is also an element of 42 U.S.C. § 1983.

ORDER – 1

Therefore, the Court finds that Barnes' objections are without merit. The Court having considered the R&R, Barnes' objections, and the remaining record, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Barnes' motion for leave to proceed in forma pauperis is **DENIED**; and

(3) This action is **DISMISSED without prejudice**.

DATED this 7th day of June, 2011.

BENJAMIN H. SETTLE
United States District Judge

ORDER – 2