# United States District Court
WESTERN DISTRICT OF WASHINGTON

COREAN BARNES

v.

CHRISTINA RUSSELL, *et al.,*

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C11-5275BHS

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The R&R is **ADOPTED**;

Barnes' motion for leave to proceed in forma pauperis is **DENIED**; and

This action is **DISMISSED without prejudice.**

  June 8, 2011  
Date

   WILLIAM M. McCOOL  
Clerk

   *s/CM Gonzalez*  
Deputy Clerk